IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| NATKAI AKBAR, *individually, and on behalf of others similarly situated*,<br><br>                Plaintiff,<br>v.<br><br>LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP, F/K/A LAW OFFICES OF SHAPIRO & BURSON, LLP,<br><br>                Defendant. | Civil Action No. 4:12-cv-53-AWA-TEM |

**CONSENT MOTION TO STAY THE PROCEEDINGS
PENDING MEDIATION BY THE PARTIES**

Plaintiff NATKAI AKBAR, *individually, and on behalf of others similarly situated*, by counsel, and with the consent of the Defendant, hereby moves the court for the entry of an Order to Stay the proceedings in this matter to allow the parties to mediate this and related cases. Together, Plaintiff in this case and other Plaintiffs with cases pending against Defendant Shapiro, Brown & Alt, LLP ("SB&A"), will join a motion to consolidate all such cases, pleading the same basic causes of action against defendants that are currently pending in this court.

1. Plaintiff and Defendant have agreed to mediate this and other like cases already pending.

2. It is within the court's sound discretion to stay this case while the parties focus on resolving their differences without incurring the expense of engaging actively in discovery and the use of judicial resources to decide motions and otherwise preside over this litigation as the parties prepare for trial.

3. The parties have agreed to engage the services of a private mediator in order to assist in the resolution of this case by compromise.

4. Upon the agreement of the parties and for the good cause shown, Plaintiff respectfully requests that this Court grant a stay and enter the Proposed Consent Order submitted to the Court. Granting a stay would be in the interest of justice and would promote resolution of the case by compromise.

Dated: August 7, 2012

Respectfully submitted,

NATKAI AKBAR, *individually, and on behalf of others similarly situated,*

\_\_\_\_/s/_____

Kristi Cahoon Kelly, Esq. (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew James Erausquin, Esq. (VSB #65434)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

        Dale Wood Pittman, Esq. (VSB #15673)
        The Law Office of Dale W. Pittman, P.C.
        112-A W Tabb St
        Petersburg, VA 23803-3212
        (804) 861-6000
        Fax: (804) 861-3368
        Email: dale@pittmanlawoffice.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August 2012 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

| | |
|---|---|
| Bizhan Beiramee, Esq.<br>Beiramee & Cohen PC<br>6663 B Old Dominion Dr.<br>Third Floor<br>McLean, VA 22101<br>(703) 483-9600<br>Fax: (703) 483-9599<br>Email: bbeiramee@beiramee.com | John C. Lynch, Esq.<br>Troutman Sanders LLP<br>P. O. Box 61185<br>222 Central Park Ave<br>Suite 2000<br>Virginia Beach, VA 23462<br>(757) 687-7541<br>Fax: (757) 687-1541<br>Email: john.lynch@troutmansanders.com |

Ethan G. Ostroff, Esq.
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
Fax: (757) 687-1541
Email: john.lynch@troutmansanders.com
*Counsel for Defendant*

        \_\_\_\_/s/_____
        Kristi Cahoon Kelly, Esq. (VSB #72791)
        Surovell Isaacs Petersen & Levy PLC
        4010 University Drive, Suite 200
        Fairfax, VA 22030
        703-277-9774
        Fax: 703-591-9285
        Email: kkelly@siplfirm.com
        *Counsel for Plaintiff*