IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
AUG 10 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| NATKAI AKBAR, *individually, and on behalf of others similarly situated*, ) ) ) ) Plaintiff, ) v. ) ) LAW OFFICES OF SHAPIRO, BROWN ) & ALT, LLP, F/K/A LAW OFFICES OF ) SHAPIRO & BURSON, LLP, ) ) Defendant. ) ) | Civil Action No. 4:12-cv-53-AWA-TEM |

## ~~PROPOSED~~ CONSENT ORDER

Before the Court is the Consent Motion for Stay filed by Plaintiff NATKAI AKBAR, *individually, and on behalf of other similarly situated* ("Plaintiff") with the consent of Defendant Shapiro, Brown & Alt, LLP ("SB&A"). Upon the agreement of the parties and for good cause appearing, it is hereby

**ORDERED** that the Consent Motion for Stay is **GRANTED**.

Entered __7__ day of August 2012

_____
Judge, United States District Court for the
Eastern District of Virginia

WE ASK FOR THIS:

*/s/ Kristi Cahoon Kelly*

Kristi Cahoon Kelly, Esq. (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew James Erausquin, Esq. (VSB #65434)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq. (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

WE CONSENT:

*/s/*

Bizhan Beiramee, Esq.  VSB 50918
Beiramee & Cohen PC

2

6663 B Old Dominion Dr.
Third Floor
McLean, VA 22101
(703) 483-9600
Fax: (703) 483-9599
Email: bbeiramee@beiramce.com


John C. Lynch, Esq.
Ethan G. Ostroff, Esq.
Troutman Sanders, LLP
222 Central Park Ave.
Suite 200
Virginia Beach, VA 23462
(757) 687-7541
Fax: (757) 687-1541
john.lynch@troutmansanders.com
ethan.ostroff@troutmansanders.com
*Counsel for Defendant*